**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
YOUNG AE KIM, individually and on
behalf of all others similarly situated,

                Plaintiff,

         - against -                              **JUDGMENT**
                                                      CV 19-4672 (JS) (ST)

ADVANCED CELL CENTER
TECHNOLOGIES, LLC.,

                Defendant.
---------------------------------------------------------X

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on October 5, 2020, granting Defendant's motion to dismiss the Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), and directing the Clerk of the Court to enter judgment accordingly and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Young Ae Kim take nothing of Defendant Advanced Cell Center Technologies, LLC; that Defendant's motion to dismiss the Complaint for failure to state a claim is granted; and that this case is closed.

Dated: October 5, 2020
       Central Islip, New York

                                                                     DOUGLAS C. PALMER
                                                                     CLERK OF THE COURT
                                                           By:    /s/ James J. Toritto
                                                                     Deputy Clerk